WR-82,944-01
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 12:12:50 AM
Accepted 3/4/2015 4:16:14 PM
ABEL ACOSTA
CLERK

NO. _____

| | | |
|---|---|---|
| EX PARTE | ) | IN THE COURT OF CRIMINAL APPEALS |
| | ) | RECEIVED COURT OF CRIMINAL APPEALS 3/4/2015 ABEL ACOSTA, CLERK |
| | ) | APPEALS OF |
| CHRISTOPHER L. | ) | |
| GRAHAM | ) | STATE OF TEXAS |

## MOTION FOR LEAVE TO FILE PETITION FOR HABEAS CORPUS

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Comes now CHRISTOPHER GRAHAM (hereinafter "Graham") who files this MOTION FOR LEAVE TO FILE PETITION FOR HABEAS filed in accordance with Tex. R. App. P. 211(a) and in support of such motion shows the Court the following:

### I . FACTUAL BACKGROUND

1. On 2/12/2014, Graham called the court to request that the case State v. Chelsie Chenoweth, be scheduled for court on 2/13/2014. Graham was told by the court coordinator that the case had been set for arraignment hearing.
2. On 2/13/2014, Graham appeared at court expecting to be able to resolve this case and was told that the Court had erred and that case had not been added to that day's docket. Court personnel told Graham to return to court on 2/25/2014.
3. On 2/25/2014, the case State v. Chenoweth, case number 2013CR366 had been set for arraignment hearing. Graham arrived at the court shortly before 9 am, but was in the hallway talking to a client on the phone.
4. Client Chenoweth had already announced her presence to court. At around 9 am, Graham too announced to the Court that he was present and prepared to proceed on the arraignment hearing.
5. Shortly before 10 am and after a few minutes of negotiation with the prosecutor in the case, arraignment documents and plea documents were signed and prepared by client Chenoweth indicating that she understood her charges in the case and the plea bargain terms.
6. For several hours, Graham and client Chenoweth waited for the Court to hear and enter the plea in the case all to no avail.
7. Movant had to bring the Chenoweth case to the Court's attention several times that the case was ready for plea and ready for disposition.
8. The Court took a break for an extended period and did not hear the plea for Graham's client.
9. After Court resumed the Court still did not hear Graham's client's plea.
10. Around 11:45am, the Court entered recess until 1:15pm for lunch.
11. Before breaking for lunch the Court indicated that before Graham's plea was to be heard that there would be several contested cases that the Court would hear before it considered the Chenoweth plea.
12. During the recess, Graham went to the Bexar county jail in order to talk briefly with a client concerning his upcoming jury trial.

MOTION FOR LEAVE TO FILE PETITION FOR HABEAS CORPUS
1

13. Due to heavy traffic and delays in transporting inmates in the Bexar county jail, Graham was delayed in coming back to the court by a few minutes. Graham arrived in the courtroom at approximately 1:35pm.
14. When Graham entered the courtroom client Chenoweth had been released, the Court presented Graham with a show cause order, alleging that attorney Graham was in contempt of court.
15. The show cause hearing was scheduled for 3/13/2014; however, Graham filed a request for continuance of the hearing because he was scheduled for court in another jurisdiction on the same day. Graham also called the court requesting that the date for the show cause hearing be changed, but the Court refused to reschedule the show cause hearing date.
16. No contempt finding or order was ever made or entered at the show cause hearing of 3/13/2014. The case was referred to administrative law judge Doug Shaver for hearing on 4/8/2014.
17. On 4/8/2014, Graham was wrongly found guilty of contempt due to being tardy by a few minutes and because he did not appear at the 3/13/2014 show cause hearing even though a continuance was requested.
18. The sentence assessed against Graham was 15 days in the Comal County jail and a $300 fine. Graham paid the $5,000 (five thousand dollar) cash bond in order to secure his release pending the appeal of this case.

The Court's contempt finding was wrong for the following reasons among others:

1) The court did not afford or advise Graham the right to counsel when there was an obligation to do so because of the possibility of confinement;
2) the Court did not afford Graham the right to court appointed counsel;
3) the Court did not conduct a hearing to determine Graham's indigency to see if he qualified for court appointed counsel;
4) there was no finding of contempt at the show cause hearing on 3/13/2014, therefore the referral of the case to the administrative law judge was illegal;
5) there was a possibility of Graham receiving a sentence in excess of 6 months due to multiple alleged contempt allegations, thus the Court should have conducted an admonishment about the right to a jury trial;
6) there was no evidence of willful intent to violate the courts directive but Graham made a good faith effort to comply with the Court's order;
7) considering that Graham was dealing with other court related business and where the delay was miniscule and did not affect the administration of justice, punishment of 15 days was draconian and violates Graham's due process rights.
8) There was no evidence to support such a high cash bond of $5,000 to secure Graham's release pending appeal of this matter
9) Since Graham was one of the only African-American attorneys on the Court appointment list in Comal county, he was singled out and received a show cause order and a jail sentence when other attorneys practicing in the County have not received similar treatment in circumstances similar to this case.

WHEREFORE PREMISES CONSIDERED Movant prays that the Court grant the leave to file its Petition for Habeas Corpus and for such other and further relief to which Movant is entitled in law and in equity.

Respectfully submitted,

MOTION FOR LEAVE TO FILE PETITION FOR HABEAS CORPUS

2

Lauren Graham & Associates  PLLC

By: _____

C. Lauren Graham
Texas Bar No. 24047549
P.O. Box 226265
Dallas, Texas 75222
Tel. (469) 605-6846
Fax. (214)989-4258
Attorney for Christopher Graham

### CERTIFICATE OF SERVICE

I certify that on 3/3/2015 a true and correct copy of MOTION FOR LEAVE TO FILE PETITION FOR HABEAS CORPUS was served via facsimile to the following parties:

Comal County District Attorney via fax: 830-608-2008
Judge Gary Steel via fax: 830-608-2030
Judge Doug Shaver: 830-608-2030

C. Lauren Graham